## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(*Baltimore division*)

| | | |
|---|---|---|
| IN RE: | * | |
| **SRIVASH DAS** | * | Case No. 25-13102-RICE |
| Debtor/Movant | * | Chapter 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO VACATE ORDER DISMISSING CHAPTER 13 CASE

Now comes Srivash Das. by his counsel, Robert N. Grossbart, and respectfully represents unto this Court:

1. That on or about April 10, 2025, the Movant filed a voluntary petition under the provisions of Bankruptcy Code chapter 13.

2. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Section 1334, and 11 U.S.C. Section 362(a) and 28 U.S.C. Section 157.

3. That Debtor's counsel filed on April 24, 2025, at docket no. 9 a Motion for Extension of Time to File Required, Statements, Schedules and Lists Pursuant to Bankruptcy Procedural Rule 1007.

4. That Debtor's counsel filed on May 8, 2025, at docket no. 13 filed a Second Motion for Extension of Time to File Required, Statements, Schedules and Lists Pursuant to Bankruptcy Procedural Rule 1007.

5. On April 25, 2025, at docket no. 10, the court issued a Notice and Order Extending Time to File Required, Statements of Financial Affairs, Schedules and Statements of

1

Current Monthly Income and Means Test Calculations due by May 8, 2025.

6. Those required filings did not occur by May 8, 2025.

7. That on May 22, 2025, at docket no. 16 the Honorable David Rice signed an Order Dismissing Chapter 13 for Failure to Complete Required Filings and Notice That the Automatic Stay is Terminated.

8. That the Debtor has completed the necessary schedules and they have been filed with the court on June 4, 2025. The Debtor's counsel will forward the necessary documents to the Trustee to allow for the meeting of creditors to be rescheduled.

## Factual Background

9. The Debtor was born in India and now lives in Maryland, but his English fluency makes communication difficult. The Debtor has brought various people to counsel's office to assist in completing his bankruptcy schedules as well as discussing his bankruptcy responsibilities.

10. The Debtor is the spiritual leader of a Hindu Temple, that has a congregation of roughly 200 people.

11. The Debtor was involved in a tragic event, through no fault of his own, whereby during an outdoor ritual being performed on the Temple's property, 2 individuals were seriously burned.

12. The injured parties have filed tort complaints of $60 million each against the Debtor. Debtor regrettably did not have liability insurance which led to the filing of bankruptcy.

13. Because there is significant non-exempt real property equity, the Debtor has initiated a novel funding strategy by creating a Go-Fund-Me web site. Although the Debtor is

employed, his income is insufficient to fund a plan without Go-Fund-Me. The initial logic is if every congregant would pay $20 per month, $4,000 would be available monthly for the Trustee payment. This project will take time to get off the ground which was part of the reason for the failure to timely file the balance of the schedules.

WHEREFORE, your Movant prays to this Honorable Court:

A. To enter an Order Vacating the Court Order Dismissing Chapter 13 Case.

B. To allow Movant the opportunity to file the required outstanding documents and schedules with this Court.

C. To allow Movant the opportunity to attend the rescheduled Meeting of Creditors once re-scheduled.

D. Grant the Movant such other and further relief as the nature of her cause may require.

/s/ Robert N. Grossbart, Esquire
ROBERT N. GROSSBART, ESQUIRE
Federal Bar No.: 04116-G
One Charles Center
100 North Charles Street, 20th floor
Baltimore, Maryland 21201
(410) 837-0590
Attorney for Debtor

**CERTIFICATION OF MAILING**

I HEREBY CERTIFY, that on Wednesday, June 04, 2025, a copy of the foregoing was mailed first class, postage prepaid to the Debtor(s); Office of the U.S. Trustee, 101 W. Lombard Street, Baltimore, MD 21201, Brian A. Tucci, Chapter 13 Trustee, PO Box 1110, Millersville, MD 21108; and to all Creditors of Record listed on the attached mailing matrix.

/s/ Robert N. Grossbart
ROBERT N. GROSSBART, ESQUIRE